Antonetta HARRIS

v.

**Bernadette MERNIN et al.**

No. 80–30–A.

Supreme Court of Rhode Island.

July 3, 1980.

Hodosh, Spinella & Angelone, Andrew M. Gilstein, Providence, for plaintiff.

Hanson, Curran & Parks, David P. Whitman, Providence, for defendant Bernadette Mernin.

## ORDER

The motion of defendant Bernadette Mernin to dismiss this appeal is assigned to the motion calendar for Wednesday, October 8, 1980 at 9:30 a. m. for oral argument.

DORIS and MURRAY, JJ., did not participate.

**STATE**

v.

**Thomas INNIS.**

No. 75–333–C.A.

Supreme Court of Rhode Island.

July 3, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., for plaintiff.

John A. MacFadyen III, Asst. Public Defender, for defendant.

## ORDER

Pursuant to the mandate of the United States Supreme Court, the judgment of this court entered herein on August 9, 1978 is hereby vacated and the defendant's appeal is reinstated. This case is assigned to the November, 1980 calendar for oral argument on defendant's assignments of error which were not reached in our previous opinion.

DORIS, J., did not participate.